ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| FutureNet Group, Inc. | ) ASBCA No. 62066 |
| | ) |
| Under Contract No. W912P6-12-C-0024 | ) |

APPEARANCE FOR THE APPELLANT:     Kevin M. Cox, Esq.
                                                          Camardo Law Firm, P.C.
                                                          Auburn, NY

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                          Engineer Chief Trial Attorney
                                                          Kevin J. Jerbi, Esq.
                                                          Engineer Trial Attorney
                                                          U.S. Army Corps of Engineers, Chicago District

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 9, 2021

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62066, Appeal of FutureNet Group, Inc., rendered in conformance with the Board's Charter.

Dated:  September 9, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals